IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRYCK DECUIR,** | : | |
|    Petitioner | : | |
| | : | No. 1:22-cv-00870 |
| v. | : | |
| | : | (Judge Kane) |
| **WARDEN J. SAGE,** | : | |
|    Respondent | : | |

## ORDER

**AND NOW**, on this 19th day of October, 2022, upon consideration of the petition (Doc. No. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. 1) for writ of habeas corpus is **DISMISSED WITH PREJUDICE**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania